

## MANDATE
## The Fourteenth Court of Appeals
### NO. 14-14-00196-CV

Entrust, Inc., Appellant
 v.
Rice District Community Hospital d/b/a Rice Medical Center, Appellee

Appealed from the 25th District Court of Colorado County. (Trial Court No. 22763). Memorandum Opinion delivered by Justice Boyce. Chief Justice Frost and Justice McCally also participating.

**TO THE 25TH DISTRICT COURT OF COLORADO COUNTY, GREETINGS:**

Before our Court of Appeals on September 17, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment in favor of appellee, Rice District Community Hospital d/b/a Rice Medical Center, signed December 3, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that Rice District Community Hospital d/b/a Rice Medical Center take nothing on its claims against appellant, Entrust, Inc.

We further order that all costs incurred by reason of this appeal be paid by appellee, Rice District Community Hospital d/b/a Rice Medical Center.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, December 03, 2015.

CHRISTOPHER A. PRINE, CLERK